UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**FullStack Labs, LLC**

    v.

**DEFAULT JUDGMENT**

Case No. 2:18-CV0-1263 MCE DB

**Imon Network Limited, Heli Yida Cultural Media Company (Hong Kong) Limited, Jim Johnson, Moffitt**

---

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

**Imon Network Limited, Heli Yida Cultural Media Company (Hong Kong) Limited**, **Jim Johnson, Ian Moffitt**

Judgment is ENTERED in the total amount of $221,193.00.

December 20, 2018

                                                    Marianne Matherly, CLERK

                                                  By: /s/ L. Reader, Deputy Clerk