# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## OFFICE OF THE CLERK
## 501 "I" STREET
## SACRAMENTO, CA 95814

**FullStack Labs, LLC**

    v.

**Imon Network Limited, et al**

_____

**DEFAULT JUDGMENT**

Case No. 2:18-CV-1263 MCE DB

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

    **Imon Network Limited, Heli Yida Cultural Media Company (Hong Kong) Limited, Jim Johnson, Ian Moffitt.**

    Judgment is ENTERED in the total amount of $221,193.00.

December 21, 2018

    MARIANNE MATHERLY, CLERK

    By: /s/ L. Reader, Deputy Clerk